JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiff
Baorong LU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Baorong LU | ) | Case No.: **C 06-5815 MJJ** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO EXTEND DATES;** |
| | ) | and ▮▮▮▮▮▮▮ ORDER] |
| vs. | ) | |
| | ) | |
| *Michael Chertoff*, Secretary of the Department | ) | |
| of Homeland Security; | ) | |
| *Emilio T. Gonzalez*, Director, U.S. Citizenship | ) | |
| and Immigration Services; | ) | |
| *Terry E. Way*, Director, USCIS Nebraska | ) | |
| Service Center; | ) | |
| *Joseph P. Martin*, Officer in Charge, | ) | |
| USCIS Beijing  Office; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed her action on or about September 21, 2006, and Defendants filed their

answer on December 7, 2006.

2. Pursuant to this court's September 21, 2006 Order Setting Initial Case Management

Conference, the parties are required to file a joint case management statement on December 20,

2006, and attend a case management conference on December 27, 2006.

3. In order to allow sufficient time for USCIS to schedule and complete DNA sample

appointment for evidence processing which is currently pending at CIS Beijing; and/or prepare a

joint case management statement to this case, the parties hereby respectfully ask this Court to

1    extend the dates in the Court's scheduling order as follows:

2         Last day to file Joint ADR Certification:                    January 8, 2007

3         Last day to file/serve Joint Case Management Statement:      February 20, 2007

4         Case Management Conference:
                                                                       February 27, 2007

5

6    Dated: December _13_, 2006                        Respectfully submitted,

7                                                      KEVIN V. RYAN
                                                       United States Attorney
8

9

10                                                     ILA C. DEISS
                                                       Assistant United States Attorney
11                                                     Attorney for Defendants

12

13

14   Dated: December _13_, 2006

                                                       JUSTIN K. WANG
15                                                     Attorney for Plaintiff

16

17

18                                      ORDER

19        Pursuant to stipulation, IT IS SO ORDERED.

20

21

22   Dated:    12/18/2006

                                                       MARTIN J. JENKINS
23                                                     United States District Judge

24

25

26

27

28

Case No.: C06 6462 MJJ                      F:\NANCY\Mandamus\Li & Bao-rong\STIPULATION TO EXTEND DATES (2nd Mandamus).wpd
STIPULATION TO EXTEND DATES                      2

                                                                                  TOTAL P.01