JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Baorong LU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Baorong LU | ) | No.: **C 06-5815 MJJ** |
| | ) | |
| Plaintiff(s), | ) | **STIPULATION OF DISMISSAL** |
| v. | ) | |
| MICHAEL CHERTOFF, ET AL., | ) | |
| Defendants. | ) | |

 IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsels that the above-captioned action be and hereby dismissed without prejudice pursuant to FRCP 41(a)(1).

 Both parties mutually agree to dismiss the case on the following conditions:

 1. That Plaintiff's son, Cheng Lu, has met all requirements under the Immigration and Nationality Act to receive travel document as a beneficiary of an approved I730, except the required Security Advisory opinion to be issued by the Department of State;

 2. That defendants shall expeditiously process the case without further delay, and

 3. That travel document will be issued within 30 days after the Security Advisory Opinion is received by the defendants.

 Each Party shall bear its own costs.

Dated: February 20, 2007        Respectfully submitted,

---

Case No.: C 06-5278-PJH
PLAINTIFFS' ORIGINAL COMPLAINT    F:\NANCY\Mandamus\LU, Baorong\STIPULATION OF DISMISSAL.wpd

1
2                                            _____
3                                            Justin X. Wang, Esq.
                                             Attorney for Plaintiff
4
5
6
7                                            _____
                                             KEVIN V. RYAN
8                                            United States Attorney
9
10  Dated: February 20, 2007
11                                           _____
                                             ILA c. DEISS
12                                           Assistant United States Attorney
                                             Attorneys for Defendants
13
14
15
16          **IT IS SO ORDERED**
17          *[signature]*
18          Judge Martin J. Jenkins
19          02/20/07
20          *(Seal: United States District Court, Northern District of California)*
21
22
23
24
25
26
27
28

Case No.: C 06-5278-P.TH
PLAINTIFFS' ORIGINAL COMPLAINT                    F:\NANCY\Mandamus\LU, Baorong\STIPULATION OF DISMISSAL.wpd

2